♣AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005; BJS 2/27/2006)
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __WASHINGTON__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For Revocation of Probation or Supervised Release) |
| ERIC O. NESS | Case Number: CR02-5687 |
| | Robert Gombiner |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of conditions of Supervised Release.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5. | Committing the Crime of Criminal Trespass Second Degree in Violation of the General Condition of Supervision That States the Defendant Shall Not Commit Another Federal, State, or Local Crime. | 05/16/2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The Government dismisses Violations 1, 2, 3, and 4.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec.: **XXX-XX-3743**
(Last four digits only)
Defendant's Date of Birth: **XX-XX-1956**
USM No.: N/A

X _/s/ Eric Ness_
Defendant's Signature

02-CR-05687-JGM

BARBARA J. SIEVERS, Assistant United States Attorney

9/7/2006
Date of Imposition of Judgment

_/s/_
Signature of Judge

MARY ALICE THEILER
United States Magistrate Judge

9-7-06
Date

Case 3:02-cr-05687-MAT   Document 33   Filed 09/07/06   Page 2 of 2

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations (Rev. USAO 10/2005; BJS 2/27/2006)
            Sheet 2— Imprisonment

DEFENDANT:      NESS, ERIC O.                                Judgment — Page  2  of  2
CASE NUMBER:    CR02-5687

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of: __60 days w/ credit for time served.__

☑ The court makes the following recommendations to the Bureau of Prisons:

Federal Detention Center
2425 South 200th
SeaTac, WA 98198
(206) 870-5700

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ at _____ a.m. / p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL